# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2019

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Randy Lewis Platt , Plaintiff

v.

M.A. Stancil ,

D. Root ,

L.T. Brush ,

See attached , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

See attached 1

LT Brush

LT Eacker

LT TriJio

LT Troutman

LT John doe 1

N. Bailey

caunder Munoz

Steven ~~coode~~ anaya

Jeramiah medina

Stratton

Christianson

John doe 1
John doe 2
John doe 3
John doe 4
John doe 5

See attached

LT Brush

LT Eacker

LT. Tridio

LT Trautman

LT John doe 1

N. Bailey

councler Munoz

Steven anaya

Jeramiah medina

C.O. Stratton

C.O. Christianson

John doe 1

John doe 2

John doe 3

John doe 4

John doe 5

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Randy Lewis Platt    20764-081    9595 w Quincy ave
_____ Littleton, CO 80123
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
_✓_ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: M.A. Stancil   warden
_____
(Name, job title, and complete mailing address)
USP florence 5880 Highway 67 South florance, CO
81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*).  Briefly explain:

_____

_____

Defendant 1 is being sued in his/her _✓_ individual and/or ___ official capacity.

2

Defendant 2: O. Root  Capitan  USP Florance
(Name, job title, and complete mailing address)
5880 Highway 67 South Florance, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

They work at USP florance and this happen at USP florance.

Defendant 2 is being sued in his/her ✔ individual and/or ___ official capacity.

Defendant 3: Brush  Lieutent  USP Florance
(Name, job title, and complete mailing address)
5880 Highway 67 south Florance, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ✔ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    42 U.S.C. § 1983 (state, county, and municipal defendants)

✔    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

3

"B. Defendants Information"

Eacker ~~to~~ Lieutent usp florance
5880 Highway 67 south florance, co 81226
At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, They work for the federal government and it happen at there work place. I am sueing him as an individual.

Trijio Lieutent usp florance
5880 Highway 67 south florance, co 81226
At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, They work for the federal goverment and it happen at there work place. I am sueing him as an individual.

Troutman Lieutent usp florance
5880 Highway 67 south florance, co 81226
At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, They work for the federal goverment and it happen at there work place. I am sueing him as an individual.

John doe 1 Lieutent usp florance
5880 Highway 67 south florance, co 81226
At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, They work for the federal goverment and it happen at there work place. I am sueing him as an individual.

"B. Defendants Information"

N. Bailey  Medical Staff  USP Florance
5880 highway 67 south florance, Co 81226
At the time of the claims in this complaint
arose, was the defendant acting under the
color of state or federal law? Yes, they
work for the federal goverment and it happen
at there work place. I am sueing him as
an individual.

Munoz  counselor  USP florance
5880 highway 67 south florance, CO 81226
At the time of the claims in this complaint
arose, was the defendant acting under the
color of state or federal law? Yes, They
work for the federal goverment and it happened
at there work place. I am sueing him
as an individual.

Steven Anaya  SHU officer  USP florance
5880 highway 67 south florance, CO 81226
At the time of the claims in this complaint
arose, was the defendant acting under the
color of state or federal law? Yes, They
work for the federal goverment and it happened
at there work place. I am sueing him as an
individual.

Jeramiah Medina  SHU officer  USP florance
5880 highway 67 south florance, CO 81226
At the time of the claims in this complaint arose,
was the defendant acting under the color of state
or federal law? Yes, They work for the
federal goverment and it happen at there work place
I am sueing him as an individual.

"B. Defendant's Information"

Stratton   SHU officer usp florance 5880 highway 67 south florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they work for the federal ~~law~~ goverment and it happen at there work place. I am sueing him as an individual.

Christianson   SHU officer usp florance 5880 highway 67 south florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they work for the federal goverment and it happened at there work place. I am sueing him as an individual.

John doe 1 correctional officer usp florance 5880 highway 67 south florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they work for the federal goverment and it happened at there work place. I am sueing him as an individual.

John doe 2 correctional officer usp florance 5880 highway 67 south florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they work for the federal goverment and it happened at there work place. I am sueing him as an individual

" B. Defendants Infornation"

John doe 3 correctional officer USP florance 5880 highway 67 south florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they work for the federal goverment and it happened at there work place. I am sueing him as an individual.

John doe 4 correctional officer USP florance 5880 highway 67 south Florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they work for the federal goverment and this happened at there work place. I am sueing him as an individual.

John doe 5 correctional officer USP florance 5880 highway 67 south florance, CO 81226 At the time the claims in this complaint arose, was the defendant acting under the color of state or federal law? Yes, they worked for the federal goverment and this happened at there work place. I am sueing him as an individual.

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 8th Ammendment

Supporting facts: On May 17th 2019, Right of USM airlift I was slammed face first into the side of a B.O.P Bus by Lieutent Troutman, lieutent Anthony lieutent Trujio, lieutent John doe 1 and Mulitple John doe officers. I suffered sever pain and swelling on the left upper forhead. Next I was hog tied and literally thrown face first into a BOP cop car. I was in full restraints the whole time, while being hog tied My shoes fell off. When They through me into the car they through me into the other side door. Causing more pain and swelling on the top of my head. Then they through My shoes at My face.
        —SEE Additional Pages—

4

"D. Statement of Claims"
   Claim two - 8th ammendment
        May 17th 2019 in RBD at USP
florance. John doe Lieutent 1, lieutent
Brush and John doe officers 1-5 put
restraints back on they had a female
officer with a handheld camera, following
Me around. They were taking me from RBD
to the SHU. On the way they proceeded
to severly beat me. I was punched
in the face and body repeatedly
with no way to protect Myself. some
how I lost feeling in my legs which I
repeatedly stated and I had extream
pain, to swelling and bruising on my
body and face. It was so bad they
had to do facial x-rays.
   Claim Three - 8th ammendment
    May 17th 2019, I was dragged to shu holding
cell A1. I was placed in full restraints. Capitan
D. Root, Lieutent John doe 1, Lieutent Brush, shu
officer Stratton and John doe officers 1-5.
They placed the restraints on as tight as
possible and refused to lock them in place.
They also placed the belly chain on bare
skin and the padlock on the inside of the
chain. The only reason to do this was to
Cause me as much pain and suffering as
possible. The restraints were so tight that
they caused scaring on my wrists, sides
and ankels. I was left in the restraints
like this for at least 18 hours with no
food or water.

"D. Statement of claims"

Claim four - 8th ammendment

May 17th 2019, while in full restraints, Lieutent Brush, and John doe officers 1-5 came in to A1 holding cell to do restraint checks. Lieutent Brush then punched me in the throat and slammed my head on the ground and then proceeded to choke me and threaten me. I had brusing on my neck and the back of my head. I had pain in my throat every time I swallowed for the next week after the assualt.

Claim five 8th ammendment

On or about the 5th of June 2019 when my celly was taken out to reck. Lieutent Trivio and shu officer christanson handcuffed me. Both entered my cell, Lieutent Trivio came and slammed my face into the wall. The same side I still had brusing. Shu officer Christanson proceeded to toss my cell. As they were leaving Lieutent Trivio then punched me on my lower back and right kidney area. Then stood at the door and laughed as I flopped on the ground. They have had to do back x-rays and put me on pain medications. I had alot of pain and was urinating blood for at least 4 days.

"D. Statement of Claims"
Claim Six - 8th ammendment
    On or about the 6th of June 2019
I placed a medical cop-out to N. Bailey
about sever pain in my lower back
and when I urinated blood, I was
denied all medical care. I did not recieve
any medical attention untill I was placed
at FCI Englewood SHU. They did back
trays and gave me pain medication
for my back.
Claim Seven - 1st ammentment
on or about the 7th of June 2019
I asked councler Munoz for a BP-8 to
file on medical. He refused and told me
to "Stop being a bitch" and that "what
I got for allegedly assualting Staff." So I
asked for a BP-9, He refused, I asked
for a BP-10, He refused. I asked
for a BP-11, he refused. He proceeded
to say I was a "rat" and tried to
get my celly to assualt me.

"D. Statement of claim"

Claim eight - 8th ammendment

For months I was severly abused physically, Mentally and emotionally. I was repeated threatened by Shu officers Stratton, Anaya, Medina and Christanson. I was refused reck I would have to wait hours extra to eat my meals. They wrote "Fucking Pussy" across my name tag. Capitan D. Root said he would "bury me under the prison." I asked lieutent Eacker for help and was threatened even more. I talked to the warden, assistant wardens, capitan. I Even told the chaplin. Yet the abuse still continued. I filed my administrative remedys and still no help came. I was told "I better get use to it." I have suffered in everyway possible and now I have to take medication Just to sleep. I live in constant fear for my safty.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    _____

Docket number and court:    _____

Claims raised:    _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    _____

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:    _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

- The plaintiff is asking for the monetary sum of $125,000 per defendant.
- The Plaintiff requests that the court enter an order preventing the Bureau of Prisons from returning the plaintiff to FCC Florance due to this ongoing litigation for fear of further retaliation and physcal abuse.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

__11-21-19__
(Date)

(Form Revised December 2017)

6

Randy Platt
20764-081
9595 w Quincy ave
Littleton, CO 80123



Legal
Mail

Clerk of the court
Alfred A. Arraj united states courthouse
901 19th street Room A105
Denver, CO 80294

Legal Mail

